**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action Case No. _____ |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE subscriber assigned IP address ) | |
| 68.33.59.121, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION FOR LEAVE TO SERVE A THIRD PARTY**
**SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE**

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached: (1) Memorandum of Law in support of this motion; and (2) Declaration of Tobias Fieser in support of this motion, Malibu Media, LLC ("Plaintiff"), respectfully moves for entry of an order granting it leave to serve a third party subpoena prior to a Rule 26(f) conference (the "Motion"). A proposed order is attached for the Court's convenience.

Dated: May ___, 2013

                                                Respectfully submitted,
                                                MALIBU MEDIA, LLC.
                                                PLAINTIFF

                                                By: /s/*Jon A. Hoppe*
                                                Jon A. Hoppe, Esquire #6479
                                                Counsel
                                                Maddox, Hoppe, Hoofnagle &
                                                     Hafey, L.L.C.
                                                1401 Mercantile Lane #105
                                                Largo, Maryland 20774
                                                (301) 341-2580