**Report On The Filing Or Determination Of An Action
Or Appeal Regarding A Copyright (Cont.)**

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 5. PA0001838599 | Fashion Models | Malibu Media, LLC |
| 6. PA0001787330 | Lovely Lovers | Malibu Media, LLC |
| 7. PA0001814247 | Lovers Quarrel | Malibu Media, LLC |
| 8. PA0001838598 | Rose Petals | Malibu Media, LLC |
| 9. PA0001833299 | Spilled Milk | Malibu Media, LLC |
| 10. PA0001808630 | Three for the Show | Malibu Media, LLC |
| 11. PA0001828897 | Tuesday Morning | Malibu Media, LLC |
| 12. PA0001817765 | Unforgettable View #2 | Malibu Media, LLC |
| 13. PA0001822650 | Want You | Malibu Media, LLC |

DC55