UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MALIBU MEDIA, LLC, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN DOE subscriber assigned IP address ) <br> 68.34.110.114, ) <br> ) <br>     Defendant. ) <br> ) | Civil Case No. 1:13-cv-00808-CKK |

### PLAINTIFF'S MOTION TO FILE ITS AMENDED COMPLAINT UNDER SEAL

Plaintiff, Malibu Media, LLC ("Plaintiff"), moves for entry of an order to file its Amended Complaint [CM/ECF 12] under seal, and states:

1.  On June 4, 2013 this Court entered an Order granting Plaintiff leave to serve a third party subpoena on Defendant's Internet Service Provider so that it may identify the John Doe Defendant and proceed with its copyright infringement lawsuit. Pursuant to the Order, Plaintiff is "prohibited from publicly disclosing any subscriber's personally identifying information disclosed." [CM/ECF 9]

2.  On June 5, 2013, Plaintiff issued its subpoena to CT Corporation, Comcast's registered agent, and received the ISP's response on July 23, 2013. To this day, Defendant has not contacted Plaintiff or otherwise filed an appearance with this Court.

3.  On August 26, 2013, in order to avoid publically disclosing the identity of the Defendant pursuant to the Court's order, Plaintiff filed its Amended Complaint under seal [CM/ECF 12]. However, Plaintiff erroneously failed to file a motion for leave to file the Amended Complaint under seal.

1

4.    In compliance with LCvR 5.1(j)(1), Plaintiff now respectfully requests that this Court permit the sealed filing of the Amended Complaint so that the Defendant's identity is not made public.

5.    Good cause exists to grant this motion.

WHEREFORE, Plaintiff respectfully requests that the Court allow the Amended Complaint filed at CM/ECF 12 to remain under seal. A proposed order is attached for the Court's convenience.

Dated: October 10, 2013

Respectfully submitted,

By:  /s/ *Jon A. Hoppe*
Jon A. Hoppe, Esquire #6479
Counsel
Maddox, Hoppe, Hoofnagle &
    Hafey, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774
(301) 341-2580
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 10 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Jon A. Hoppe*