UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 68.34.110.114.,<br><br>      Defendant. | Civil Action No. 13-0808 (CKK) |

**ORDER DISMISSING CASE FOR FAILURE TO SERVE**
(November 4, 2013)

Plaintiff filed his complaint on May 31, 2013.  On August 23, 2013, this Court issued an [11] Order instructing Plaintiff that failure to serve Defendant by September 30, 2013 would result in dismissal of this case without prejudice in accordance with Rule 4(m).  On September 27, 2013, this Court issued an [14] Order extending, at Plaintiff's request, the time to effectuate service until October 28, 2013.  This Order indicated that Plaintiff would be entitled to [n]o further extensions."  According to the Court's review of the case docket on the date of this Order, service of the summons and complaint still has yet to be made by Plaintiff on Defendant. According to Rule 4(m) of the Federal Rules of Civil Procedure:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion *or on its own initiative after notice to the plaintiff*, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m) (emphasis added).

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and this Court's August

23, 2013 and September 27, 2013 Orders, it is hereby

**ORDERED** that this case is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to serve the summons and complaint on Defendant.

**SO ORDERED**.

                                                 /s/
                                                 COLLEEN KOLLAR-KOTELLY
                                                 United States District Judge